[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

16-10040
Non-Argument Calendar
_____

D.C. Docket No. 8:13-cr-00309-SDM-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBERT STANLEY MELVIN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 21, 2017)

Before TJOFLAT, MARCUS and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver

in Appellant's plea agreement is GRANTED.    *United States v. Bushert*, 997 F.2d

1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).